SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Optimax Management Corporation, et al,<br><br>Defendants | Case No.: CIV.S 09-cv-00507-JAM-DAD<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF OPTIMAX MANAGEMENT CORPORATION AND ORDER**<br><br>Complaint Filed: FEBRUARY 21, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Optimax Management Corporation) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Optimax Management Corporation) is dismissed because this Defendant has declared bankruptcy.
.

Dated: May 12, 2009                     /s/Scott N. Johnson_____
                                        SCOTT N. JOHNSON
                                        Attorney for Plaintiff

**IT IS SO ORDERED**.

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                             CIV: S-09-00507-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 12, 2009 | /s/ John A. Mendez |
| 3 | | U. S. DISTRICT JUDGE |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00507-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com