SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 09-cv-00507-JAM-DAD |
| Plaintiff, | **STIPULATED DISMISSAL OF DEFENDANTS KBCSC CORP.; LEE 6 FAMILY PARTNERSHIP AND ORDER** |
| vs. | |
| | Complaint Filed: FEBRUARY 21, 2009 |
| Optimax Management Corporation, et al, | |
| | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendants KBCSC Corp.; Lee 6 Family Partnership, by and through their designated Counsel of record (Scott N. Johnson; Robert Masuda) that Defendants (KBCSC Corp.; Lee 6 Family Partnership) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (KBCSC Corp.; Lee 6 Family Partnership) are dismissed because Plaintiff and these Defendants have settled their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 18, 2010 | /s/Scott N. Johnson |
| 2 | | SCOTT N. JOHNSON |
| 3 | | Attorney for Plaintiff |

Dated: August 18, 2010        /s/Robert Masuda
                              ROBERT MASUDA,
                              Attorney for Defendants
                              KBCSC Corp.; Lee 6 Family Partnership

**IT IS SO ORDERED**.

Dated:  August 19, 2010       /s/ John A. Mendez
                              U. S. DISTRICT COURT JUDGE

2

STIPULATED DISMISSAL and Proposed ORDER                CIV: S-09-00507-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com