SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Optimax Management Corporation, et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-00507-JAM-DAD<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br><br>Complaint Filed: FEBRUARY 21, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  November 30, 2010 | /s/Ji Eun Hsu_____ |
| 2 | | JI EUN HSU, |
| 3 | | Defendant in Pro Per |
| 6 | Dated:  November 30, 2010 | /s/Thomas Hsu_____ |
| 7 | | THOMAS HSU, |
| 8 | | Defendant in Pro Per |
| 12 | Dated:  November 18, 2010 | DISABLED ACCESS PREVENTS |
| 13 | | INJURY, INC. |
| 15 | | /s/Scott N. Johnson_____ |
| 16 | | SCOTT N. JOHNSON, |
| | | Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated:  12/14/2010            /s/ John A. Mendez_____
                              U.S. DISTRICT COURT JUDGE

2

STIPULATED DISMISSAL and ORDER            CIV: S-09-cv-00507-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com